Jeffrey Goldfarb (State Bar No. 125596)
General Counsel
jgoldfarb@rutan.com
Robert O. Owen (State Bar No. 126105)
bowen@rutan.com
Ajit Singh Thind (State Bar No. 268018)
athind@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendants SUNLINE SERVICES
GROUP; SUNLINE TRANSIT AGENCY

*JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CAB, LLC, a California limited liability company,,<br><br>Plaintiff,<br><br>v.<br><br>SUNLINE SERVICES GROUP; SUNLINE TRANSIT AGENCY, and DOES 1-100, inclusive,<br><br>Defendants. | Case No. CV 12-05552-GW(OPx)<br><br>Assigned to Honorable George H. Wu<br><br>**JUDGMENT ON MOTION FOR SUMMARY JUDGMENT** |

Rutan & Tucker, LLP
attorneys at law

290/029659-0004
5299562.1 a04/03/13

Case No.  CV 12-05552 GW (OPx)
JUDGMENT

1  This action came on for hearing before the Court, on April 1, 2013,
2  Honorable George H. Wu, District Court Judge Presiding, on a Motion for Summary
3  Judgment, and the evidence presented having been fully considered, the issues
4  having been duly heard and a decision having been duly rendered,

5  IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the
6  action be dismissed on the merits and that Defendants Sunline Services Group and
7  Sunline Transit Agency recover their costs.

9  DATED: April 3, 2013   _____
10  George H. Wu, U.S. District Judge

Rutan & Tucker, LLP
attorneys at law

290/029659-0004
5299562.1 a04/03/13

Case No. CV 12-05552 GW (OPx)
JUDGMENT

-1-